AO 121 (6/90)

| TO: | |
|---|---|
| COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OF DETERMINATION OF AN ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET<br>08cv1003 | DATE FILED<br>2/19/2008 | UNITED STATES DISTRICT COURT,<br>NORTHERN DISTRICT OF ILLINOIS,<br>EASTERN DIVISION |
|---|---|---|
| **PLAINTIFF**<br>RHT, Inc. | | **DEFENDANT**<br>Re-Bath L.L.C. |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| US D552,757 S | 10/9/2007 | Norman A. Murdock |
| | | |
| | | |
| | | |
| | | |
| | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading | |
|---|---|---|
| **PATENT NO.** | **DATE OF PATENT** | **PATENT** |
| | | |
| | | |
| | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| CLERK<br>Michael W. Dobbins | (BY) DEPUTY CLERK<br>G. Jones | DATE<br>2/20/2008 |