IN THE
UNITED STATES DISTRICT COURT NORTHER DISTRICT OF ILLINOIS

| | |
|---|---|
| RHT INC., AN ILLINOIS CORPORATION D/B/A LINERS DIRECT<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>RE-BATH L.L.C., AN ARIZONA LIMITED LIABILITY COMPANY<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **08-1003**<br><br>DECLARATION OF SERVICE OF:<br>**SUMMONS IN A CIVIL CASE; COMPLAINT FOR DECLARATORY RELIEF AND NON-INFRINGEMENT, INVALIDITY AND/OR UNENFORCEABILITY OF U.S. DESIGN PATENT NO. D552,757** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **28th day of March, 2008, at 12:17 PM**, at the address of **2575 E CAMELBACK Road, PHOENIX, Maricopa** County, **AZ 85016**; this declarant served the above described documents upon **RE-BATH, L.L.C.**,, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **BRIAN LACORTE, REGISTERED AGENT, A white male approx. 40-45 years of age and bald with glasses**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Illinois** that the statement above is true and correct.

DATED this **31st day of March, 2008**.

_____
Rich Kingdon, Reg. # 7238, Maricopa, AZ


FOR: **Mark Wiemelt**           ORIGINAL PROOF OF SERVICE           Tracking #: **8037867** SEA
REF: **Liners**