**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>RHT, Inc., an Illinois corporation d/b/a Liners Direct, Plaintiff<br>v.<br>RE-BATH, LLC, an Arizona Limited Liability Company,<br>Defendant | Case Number: 08 CV 1003 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
RE-BATH, LLC, an Arizona Limited Liability Company

| | |
|---|---|
| NAME (Type or print)<br>James J. Lukas, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James J. Lukas, Jr. | |
| FIRM<br>Greenberg Traurig, LLP | |
| STREET ADDRESS<br>77 West Wacker Drive, Suite 2500 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601-1732 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6270189 | TELEPHONE NUMBER<br>(312) 456-8400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |