IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHT Inc., an Illinois corporation, d/b/a/ Liners Direct<br><br>  Plaintiff,<br><br>v.<br><br>Re-Bath, L.L.C., an Arizona limited liability corporation,<br><br>  Defendant. | Case No. 08 C 1003<br><br>Judge Leinenweber<br><br>Magistrate Judge Brown |

**AGREED MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant Re-Bath, LLC ("Re-Bath"), by their undersigned attorneys and by agreement with counsel for Plaintiff Liners Direct, respectfully move the Court pursuant to Federal Rules of Civil Procedure 6(b) and 7 for an extension of time within which to answer or otherwise plead to the Complaint, to and including Wednesday May 15, 2008.

In support hereof, Defendants rely upon all matters of record to date and further state:

1. This is a declaratory judgment action relating to Re-Bath's design patent U.S. Design Patent No. D552,757.

2. Plaintiff filed its Complaint on February 19, 2008. Defendant was served on March 28, 2008 and has only recently retained defense counsel in Chicago. A responsive pleading is currently due on April 17, 2008. Defendants have not requested any previous extensions.

3. The undersigned counsel has personally spoken by telephone to Mark E. Wiemelt, counsel of record for Plaintiff, who has agreed to the requested extension of time.

4. This request is made in the interests of justice and not for the purposes of delay.

WHEREFORE, without waiver of any claims or defenses they may respectively have, Defendant Re-Bath respectfully request that this Court grant it an extension of time to answer or otherwise plead to and including Thursday May 15, 2008.

Dated: April 15, 2008

Respectfully submitted,

*/s/ Jeffrey G. Mote*

Jeffrey G. Mote (ARDC No. 6243534)
James J. Lukas, Jr. (ARDC No. 6270189)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Telephone: 312-456-8400
Fax: 312-456-8435

Counsel for Defendant Re-Bath, L.L.C.

## CERTIFICATE OF SERVICE

    I, Jeffrey G. Mote, certify that on April 15, 2008, a true and correct copy of Defendant's **AGREED MOTION FOR EXTENSION OF TIME** was served on the following parties/attorneys of record electronically through the Northern District of Illinois CM/ECF electronic filing:

Mark E. Wiemelt
Law Offices of Mark E. Wiemelt, P.C.
10 South LaSalle Street
Suite 3300
Chicago, IL 60603