IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHT, Inc., an Illinois corporation, )<br>)<br>d/b/a Liners Direct )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Re-Bath, LLC, an Arizona Limited Liability )<br>)<br>corporation, )<br>)<br>    Defendant. )<br>) | Civil Action No. 08 C 1003<br><br>Judge Leinenweber<br><br>Magistrate Judge Brown |

## NOTICE OF AGREED MOTION

To:    Mark E. Wiemelt
Law Offices of Mark E. Wiemelt, P.C.
10 South LaSalle Street, Suite 3300
Chicago, IL 60603

PLEASE TAKE NOTICE that, on April 22, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Leinenweber in Room 1941 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall present AGREED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD, a copy of which is attached hereto and hereby served upon you.

Dated: April 15, 2008

RE-BATH, LLC, an Arizona Limited Liability corporation

By:    /s/Jeffrey G. Mote
Jeffrey G. Mote (ARDC No. 6243534)
James J. Lukas, Jr. (ARDC No. 6270189)
Attorneys for Defendant
Re-Bath, LLC, an Arizona Limited Liability corporation

GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400 Telephone
(312) 456-8435 Facsimile

CHI 57,156,314v1 4/15/2008

## CERTIFICATE OF SERVICE

I, Jeffrey G. Mote, certify that on April 15, 2008, true and correct copies of this NOTICE OF MOTION and AGREED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD in the Northern District of Illinois CM/ECF electronic filing.

    Mark E. Wiemelt
    Law Offices of Mark E. Wiemelt, P.C.
    10 South LaSalle Street
    Suite 3300
    Chicago, IL 60603

/s/Jeffrey G. Mote
Jeffrey G. Mote