IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHT, INC., an Illinois Corporation, <br><br> d/b/a LINERS DIRECT <br><br>       Plaintiff, <br><br> v. <br><br> RE-BATH LLC, an Arizona Limited Liability Corporation, <br><br>       Defendant. | **CASE NO. 08 C 1003** <br><br> Judge Leinenweber <br><br> Magistrate Judge Brown |

## NOTICE OF MOTION

TO:   Mark E. Wiemelt
       Law Offices of Mark E. Wiemelt, P.C.
       10 South LaSalle Street, Suite 3300
       Chicago, IL  60603

       PLEASE TAKE NOTICE that on **Thursday May 22, 2008, at 9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Leinenweber in Room 1941 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall present Defendant's Motion to Dismiss Plaintiff's Complaint for Improper Venue, or in the alternative, to Transfer Venue to the District of Arizona, a copy of which is attached hereto and hereby served upon you.

Dated:   May 15, 2008                    Respectfully submitted,

                                         **GALLAGHER & KENNEDY, P.A.**

                                         By:  /s/ Brian W. LaCorte
                                              Brian W. LaCorte (012237)
                                              Ivan J. Mlachak (021939)
                                              **GALLAGHER & KENNEDY, P.A.**
                                              2575 East Camelback Road
                                              Phoenix, Arizona 85016-9225
                                              (602) 530-8000
                                              E-mail: bwl@gknet.com; ivan.mlachak@gknet.com
                                              Attorneys for Defendant Re-Bath, L.L.C.

## CERTIFICATE OF SERVICE

  Brian W. LaCorte, an attorney, certifies that he served a copy of the foregoing Notice and Motion on counsel of record for all parties entitled to service, as listed below, by electronic mail and by electronically filing same in accordance with the Court's electronic filing requirements on May 15, 2008:

 Mark E. Wiemelt
 Law Offices of Mark E. Wiemelt, P.C.
 10 South LaSalle Street, Suite 3300
 Chicago, IL  60603
 E-mail:  mark@wiemeltlaw.com


*/s/ Brian W. LaCorte*