IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHT, INC., an Illinois Corporation, d/b/a LINERS DIRECT<br><br>    Plaintiff,<br><br>v.<br><br>RE-BATH LLC, an Arizona Limited Liability Corporation,<br><br>    Defendant. | **CASE NO. 08 C 1003**<br><br>Judge Leinenweber<br><br>Magistrate Judge Brown |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR IMPROPER VENUE OR IN THE ALTERNATIVE TRANSFER VENUE

Defendant Re-Bath, L.L.C. ("Re-Bath"), by and through undersigned counsel, moves this Court to dismiss this action for improper venue under Fed.R.Civ.P. 12(b)(3), or in the alternative, to transfer this case to the District Of Arizona.

In support hereof, Defendant relies upon all matters of record to date and further state:

1.  This case originally relates to a patent infringement claim between the parties, although the patent-in-suite has been disclaimed and relinquished by Defendant, making the instant case moot.

2.  Nevertheless, an examination of the allegations contained in the Complaint, as well as the events that have transpired in recent weeks regarding the status of the patent-in-suit, support the conclusion that venue is not proper in the Northern District of Illinois.

3.  As described in the attached Memorandum, Plaintiff provides no basis for the exercise of personal jurisdiction over the Defendants or that venue is proper in Illinois. Plaintiff's choice of forum is nothing more than a transparent effort to burden Defendants with the costs and inconvenience of litigating in another forum, particularly where the Illinois Plaintiff

has no infringement exposure and this litigation will only involve conduct between Arizona Defendants and the USPTO in Washington, D.C.

4. Plaintiff's action should be dismissed because the venue is improper.

5. In the alternative, this Court should transfer this action to the District of Arizona.

## CONCLUSION

WHEREFORE, Defendants respectfully request that this Court dismiss with prejudice Plaintiff's Complaint for improper venue under Fed.R.Civ.P. 12(b)(3), or in the alternative, transfer this action to the District of Arizona under 28 U.S.C. § 1404(a), and award such other relief the Court deems just.

Respectfully submitted this 15th day of May, 2008.

**GALLAGHER & KENNEDY, P.A.**

By: /s/ Brian W. LaCorte  
Brian W. LaCorte (012237)  
Ivan J. Mlachak (021939)  
**GALLAGHER & KENNEDY, P.A.**  
2575 East Camelback Road  
Phoenix, Arizona 85016-9225  
(602) 530-8000  
E-mail: bwl@gknet.com; ivan.mlachak@gknet.com  
Attorneys for Defendant Re-Bath, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2008, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

Mark E. Wiemelt  
Law Offices of Mark E. Wiemelt, P.C.  
10 South LaSalle Street, Suite 3300  
Chicago, IL  60603  
E-mail: mark@wiemeltlaw.com

By: /s/Brian W. LaCorte

1832237v1/15295-0016