# EXHIBIT 1

EV 604504606 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®
Post Office To Addressee

**Customer Copy**
Label 11-F  April 2004

**ORIGIN (POST SERVICE USE ONLY)**

| Date Accepted | Next ☐ 2nd  2nd Del Day | $ |
|---|---|---|
| Mo ___ Day ___ Year | Scheduled Date of Delivery | Return Receipt Fee |
| Time Accepted ☐ AM ☐ PM | Month ___ Day ___ Scheduled Time of Delivery | $ COD Fee  Insurance Fee |
| Flat Rate or Weight  ___ lbs. ___ ozs. | ☐ Noon ☐ 3 PM Military | $ Total Postage & Fees |
| METHOD OF PAYMENT | ☐ 2nd Day ☐ 3rd Day Int'l Alpha Country Code | $ Acceptance Emp. Initials |

Express Mail Corporate Acct. No
Federal Agency Acct. No. or Postal Service Acct. No

**DELIVERY (POST OFFICE USE ONLY)**

Delivery Attempt  Mo ___ Da ___ Time ___ ☐AM ☐PM  Employee Signature
Delivery Date  Mo ___ Day ___ Time ___ ☐AM ☐PM  Employee Signature
Mo ___ Da ___ ☐AM ☐PM  Employee Signature

**WAIVER OF SIGNATURE** (Domestic Mail Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery

NO DELIVERY ☐ Weekend ☐ Holiday

Customer Signature

**FROM:** (PLEASE PRINT)  PHONE (   )

GALLAGHER & KENNEDY
2515 E CAMELBACK RD
PHOENIX          AZ 85016-
16377-0022/SSJ

**TO:** (PLEASE PRINT)  PHONE (   )

Commissioner for Patents
P. O. Box 1450
Alexandria, VA 22313-1450

FOR PICKUP OR TRACKING visit www.usps.com or Call 1-800-222-1811

EMS

Attorney Docket No. 1637-0022

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | Norman A. Murdock |
| Serial No.: | 29/245,798 |
| Filing Date: | December 29, 2005 |
| Patent No: | D552,757 |
| Issue Date: | October 9, 2007 |
| Title: | **ONE-PIECE MOLDED SUBWAY TILE SYSTEM** |

### CERTIFICATE OF MAILING BY EXPRESS MAIL
"Express Mail" mailing label number EV604504606US

I hereby certify that the following correspondence is being deposited with the United States Postal Service as Express Mail:

1. Disclaimer in Patent Under 37 CFR 1.321(a) (1 page in duplicate);
2. Check for $65.00; and
3. A return receipt postcard,

in an envelope addressed to:

Commissioner for Patents
P O. Box 1450
Alexandria, VA 22313-1450

on:

Date: May 1, 2008     By: _Suzanne Shields_
                          Suzanne Shields

GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, AZ 85016-9225
Tel. No. (602) 530-8000
Fax No. (602) 530-8500

1817807v3

RECEIPT IS HEREBY ACKNOWLEDGED IN THE UNITED STATES PATENT AND TRADEMARK OFFICE OF THE FOLLOWING:

1. Certificate of Mailing by Express Mail Label No. EV604504606US May 1, 2008;
2. Disclaimer in Patent Under 37 CFR 1.321(a) (1 page in duplicate);
3. Check for $65.00, and
4. A return receipt postcard.

Applicant:      Normal A. Murdock
Serial No.:     29/245,798
Filing Date:    December 29, 2005
Patent No:      D552,757
Issue Date:     October 9, 2007
Title:          ONE-PIECE MOLDED SUBWAY TILE SYSTEM
Docket No:      16377-0022

PTO/SB/43 (01-08)
Approved for use through 05/31/2008 OMB 0651-0031
U S Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## DISCLAIMER IN PATENT UNDER 37 CFR 1.321(a)

| Name of Patentee | Docket Number (Optional) |
|---|---|
| Re-Bath, LLC | 16377-0022 |

| Patent Number | Date Patent Issued |
|---|---|
| D552,757 | October 9, 2007 |

Title of Invention
ONE-PIECE MOLDED SUBWAY TILE SYSTEM

I hereby disclaim the following complete claims in the above identified patent: The ornamental design for the one-piece molded subway tile system.

The extent of my interest in said patent is (if assignee of record, state liber and page or reel and frame, where assignment is recorded): 100%   Reel 018241, Frame 0138

The fee for this disclaimer is set forth in 37 CFR 1.20(d).

☐ Patentee claims small entity status. See 37 CFR 1.27.

☒ Small entity status has already been established in this case, and is still proper.

☒ A check in the amount of the fee is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☒ The Director is hereby authorized to charge any fees which may be required or credit any overpayment to Deposit Account No. 070135. I have enclosed a duplicate copy of this form.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038**

Signed at Phoenix   State of Arizona   this 1st day of May 20 08.

Signature

42,008
Registration Number, if applicable

Ivan J. Mlachak
Typed or printed name of patentee/ attorney or agent of record

602-530-8361
Telephone Number

Gallagher & Kennedy, P.A.
Address
2575 E. Camelback Road, Phoenix, AZ 85016-9225
City, State, Zip Code or Foreign Country as applicable

This collection of information is required by 37 CFR 1.321 The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U S C 122 and 37 CFR 1 11 and 1.14 This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S Patent and Trademark Office, U S Department of Commerce, P O. Box 1450, Alexandria, VA 22313-1450 DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS SEND TO. Commissioner for Patents, P O Box 1450 Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1 800-PTO-9199 and select option 2.*