IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHT, INC., an Illinois Corporation, d/b/a LINERS DIRECT,<br><br>Plaintiff,<br><br>v.<br><br>RE-BATH LLC, an Arizona Limited Liability Corporation,<br><br>Defendant. | CASE NO. 08 C 1003<br><br>Judge Leinenweber<br><br>Magistrate Judge Brown |

### NOTICE OF MOTION

TO:   Mark E. Wiemelt
      Law Offices of Mark E. Wiemelt, P.C.
      10 South LaSalle Street, Suite 3300
      Chicago, IL  60603

PLEASE TAKE NOTICE that on **Thursday May 22, 2008 at  9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Leinenweber in Room 1941 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall present **DEFENDANT RE-BATH LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION,** a copy of which is attached hereto and hereby served upon you.

Dated:   May 16, 2008

Respectfully submitted,

*/s/ James J. Lukas, Jr.*
One of the Attorneys for Defendant

Jeffrey G. Mote
James J. Lukas, Jr.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400
(312) 456-8435

CHI 57,236,123v1 5/16/2008

**CERTIFICATE OF SERVICE**

    James J. Lukas, Jr., an attorney, certifies that he served a copy of the foregoing Notice and Motion on counsel of record for all parties entitled to service, as listed below, by electronic mail and by electronically filing same in accordance with the Court's electronic filing requirements on May 16, 2008:

Mark E. Wiemelt
Law Offices of Mark E. Wiemelt, P.C.
10 South LaSalle Street, Suite 3300
Chicago, IL  60603

*/s/ James J. Lukas, Jr.*