## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1003 | **DATE** | 5/22/2008 |
| **CASE TITLE** | RHT Inc. Vs. Re-Bath LLC | | |

**DOCKET ENTRY TEXT**

For the reasons stated in open court, defendant's motion to transfer this case to the District of Arizona is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|