

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

June 12, 2008

Arizona District Court, Main Office
130 Sandra Day O'Connor
United States Courthouse
401 West Washington Street
Phoenix, AZ 85003-2146

RE: RHT Inc. Re-Bath, L.L.C.
Case No: 08-CV-1003

Dear Clerk:

Pursuant to the order entered by Honorable Harry Leinenweber., on May 22, 2008, the above record

■    was electronically transmitted to the Arizona District Court

        Sincerely yours,

        Michael W. Dobbins, Clerk

        By:   /s/ Carmen Acevedo
              Deputy Clerk

New Case No. _____    Date _____

cc:    Non-ECF Attorneys and Pro se Parties